

RECEIVED
6 2011
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

**W E I T Z**
**&**
**L U X E N B E R G**

A PROFESSIONAL CORPORATION

• L A W   O F F I C E S •

700 BROADWAY • NEW YORK, NY 10003-9536
TEL  212-558-5500    FAX  212-344-5461
WWW.WEITZLUX.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __12/20/11__

December 15, 2011

**Via Hand Delivery**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> Re:   **Todd Thompson et al. v. Zimmer, Inc. et al.**
>        **Case No. 1:11-cv-07749**

Dear Judge Koeltl:

My office represents the Plaintiffs in the above referenced matter.  There is a conference scheduled for this coming Monday, December 19, 2011 at 4:30pm.  After consulting with counsel for Defendants, we jointly request an adjournment of this conference for 60 days.

I thank the Court for its time and consideration in this matter.

Respectfully submitted,
WEITZ & LUXENBERG, P.C.

David L. Rosenband

*ADJOURNED TO THURSDAY,*
*FEBRUARY 23, 2012 AT 4:30PM*
*SO ORDERED,*
*12/19/11*

cc:    Peter Meyer, Esq.  (via email)

DLR/pt

1880 Century Park East, Suite 700 • Los Angeles, California 90067 • (310) 247-0921
200 Lake Drive East, Suite 205 • Cherry Hill, NJ 08002 • (856) 755-1115