# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION

• LAW OFFICES •

700 BROADWAY • NEW YORK, NY 10003-9536
TEL. 212-558-5500   FAX 212-344-5461
WWW.WEITZLUX.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/10/12

February 9, 2012

**Via Hand Delivery**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

   **Re: Todd Thompson et al v. Zimmer, Inc. et al**
     Case No.: 1:11-cv-07749

Dear Judge Koeltl:

  My office represents the plaintiffs in the above referenced matter.

  Plaintiffs respectfully request an extension of time until Monday, February 13, 2012 to submit opposition papers to Defendant's Motion to Dismiss or, in the Alternative, to Transfer Venue. The original date was December 28, 2011. Plaintiffs have not previously requested an extension. I have conferred with counsel for Defendants and they consent to this request. The requested extension does not affect any other scheduled dates.

  I thank the Court for its time and consideration in this matter.

          Respectfully submitted,
          WEITZ & LUXENBERG, P.C.

          By: David L. Rosenband

*[Handwritten note: Time to file opposition papers extended to 2/14/12. So ordered. JGK(olt) 2/10/12 U.S.D.J.]*

[RECEIVED stamp: CHAMBERS OF JOHN G. KOELTL U.S.D.J.]

cc: Phoebe Wilkinson, Esq., Counsel for Zimmer Defendants (via e-mail)

215 South Monarch Street, Suite 202 • Aspen, CO 81611 • (970) 925-6101
210 Lake Drive East, Suite 101 • Cherry Hill, NJ 08002 • (856) 755-1115