# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Todd Thompson, et al. v. Zimmer, Inc., et al., | ) | |
| S.D. New York, C.A. No. 1:11-07749 | ) | MDL No. 2272 |

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
## AND VACATING THE MARCH 29, 2012, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Thompson*) on December 5, 2011. Prior to expiration of that order's 7-day stay of transmittal, defendants in *Thompson* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Defendants have now withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-25" filed on December 5, 2011, is LIFTED. This action is transferred to the Northern District of Illinois for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Rebecca R. Pallmeyer.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2012, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel